No. 94–6146. Alonso v. Municipal Court of California, County of Ventura (California, Real Party in Interest), 513 U. S. 975. Motion for leave to file petition for rehearing denied.